MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Michael J. House<br><br>        Plaintiff,<br><br><br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br><br>**v.**<br><br>Lawrence Culp Chairman and CEO GE.,<br><br><br>General Electric Co.,<br><br>        Defendants.<br><br><br><br><br>*(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case:2:19-cv-10586<br>Judge: Drain, Gershwin A.<br>MJ: Davis, Stephanie Dawkins<br>Filed: 02-26-2019 At 04:19 PM<br>CMP HOUSE v CULP, ET AL (dat)<br>*(to be filled in by the Clerk's Office)*<br><br><br>Jury Trial:  ☑ Yes  ☐ No<br>       *(check one)* |

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Michael J. House |
| Street Address | 27855 California Dr. NW |
| City and County | Lathrup Village |
| State and Zip Code | Michael J. House |
| Telephone Number | 248-979-0332 |
| E-mail Address | Thinkbig.mh@gmail.com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Lawrence Culp |
| Job or Title (if known) | Chairman and CEO, GE |
| Street Address | 3135 Easton Turnpike |
| City and County | Fairfield |
| State and Zip Code | Connecticut. 06828-0001 |
| Telephone Number | 1-203-373-2211 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | General Electric Company |
| Job or Title (if known) | |
| Street Address | 3135 Easton Turnpike |
| City and County | Fairfield |
| State and Zip Code | Connecticut. 06828-0001 |
| Telephone Number | 1-203-373-2211 |
| E-mail Address (if known) | |

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

### Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

### Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This is a Civil Action for Patent infringement arising under the Patent laws of the United States, 35 U.S.C. 1 et seq. infringement of one or more claims of U.S. Patent No. 7,140,873

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual
         The plaintiff, *(name)* _____,
         is a citizen of the State of *(name)* _____.

   b.     If the plaintiff is a corporation
         The plaintiff, *(name)* _____,
         is incorporated under the laws of the State of *(name)* _____
         _____, and has its principal place of business in the
         State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual
         The defendant, *(name)* _____, is a citizen of the
         State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b.     If the defendant is a corporation
         The defendant, *(name)* _____, is incorporated
         under the laws of the State of *(name)* _____, and
         has its principal place of business in the State of *(name)*
         _____. *Or* is incorporated under the laws of
         *(foreign nation)* _____, and has its principal place
         of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount is 6 percent of each GENX and GE9X jet engines made to date of all total gross products made from 2012 to Present time with each engine list cost being GENX $25.6 million each engine and GE9X $ 41.4 million each engine. I am requesting what would of been my licensing fee 6 percent multiplied times the gross amount of engines made.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Michael J House : Brings COMPLIANT FOR PATENT INFRINGEMENT; This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. 1 et seq. Infringement of one or more claims of U.S. Patent No. 7,140,873 This U.S. Patent NO. was given to GE to review for submission to General Electric Margaret Todd Manager summited ideas with an offer to license from Michael J. House to use this process on all their Engines letter to General Electric Margret M. Todd Dated September,2,1998 U.S Postal Certified Mail.

Lawrence Culp Chairman and CEO GE Co is in direct control of all General Electric Co. business affairs at the present time. This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. 1 et seq.
Infringement of U.S Patent NO. 7,140,873 on information and belief, Defendants severally, jointly, and/or collectively, have directly, willingly and literally or under the doctrine of equivalents infringe at least claim 1 of the U.S. Patent NO. 7,140,873 patent by their make,manufacture, use, installation, commission, sale, offer for sale and/or importation of products and services related to this Multi ALL FUELS PROCESS Invention owned and invented by Michael j. House.

General Electric Company: as a business during this time to present is responsible for this civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. 1 et seq.
Infringement of U.S. Patent NO. 7,140,873 on information and belief, Defendants severally, jointly, and/or collectively have directly, willingly and literally or under the doctrine of equivalents infringe at least claim 1 of the U.S. Patent NO. 7,140,873 patent by their make,manufacture, use, installation, commission, sale, offer for sale and/or importation of products and services related to this Multi ALL FUELS PROCESS Invention owned and invented by Michael J. House.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

### PRAYER FOR RELIEF

WHEREFORE, ,Plaintiff respectfully prays for the following relief:

(a) A judgement that Defendants have infringed on U.S. Patent NO. 7,140,873

(b) A judgment that Defendants infringement has been willful:

(c) An injunction against Defendants, their respective officers, agents, servants employees, attorneys, parent and subsidiary corporations, assigns and successors in interest , and those in active concert or participation with them, enjoining them from infringement of the U.S. Patent NO. 7,140,873, including but not limited to an injunction against making, using, selling, and/or offering for sale within the United States, and/ or importing into the United States, any products, methods, equipment and/ or services that infringe the U.S. Patent NO. 7,140,873 Process.

(d) Damages adequate under 35 U.S.C. 284 as a result of Defendants willful and deliberate infringement of the U.S. Patent NO. 7,140,873.

(e) Treble damages under 35 U.S.C. 284 as a result of Defendants willful and deliberate infringement of the U.S. Patent NO. 7,140,873.

(f) A declaration that this Action is exceptional pursuant to 35 U.S.C. 285, and award to Michael J House its fee and cost and expenses incurred in connection with this action; and

(g) Such other relief as the Court deems just and equitable.

Michael J House is requesting what would have been my licensing fee to GE 6 percent multiplied by total gross of engines made that the Defendant owes to Michael J. House

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of Federal Rules of Civil Procedure, Plaintiffs demand a trial by jury on all issues on which trial by jury is available under applicable law.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/26/ , 20 19 .

Signature of Plaintiff

Printed Name of Plaintiff Michael J. House

6

(12) **United States Patent**
House

(10) **Patent No.:**   **US 7,140,873 B1**
(45) **Date of Patent:**   **Nov. 28, 2006**

(54) **MULTI ALL FUEL PROCESSOR SYSTEM AND METHOD OF PRETREATMENT FOR ALL COMBUSTION DEVICES**

(75) Inventor: **Michael J. House**, 16181 Softwater Lk. Dr., Linden, MI (US) 48451

(73) Assignee: **Michael J. House**, Linden, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/259,593

(22) Filed: **Mar. 1, 1999**

(51) **Int. Cl.**
*F23N 1/02* (2006.01)

(52) **U.S. Cl.** .................. **431/11;** 431/41; 219/628; 123/557

(58) **Field of Classification Search** .............. 431/208, 431/11, 12, 41, 36; 219/628, 629, 635, 202, 219/205; 123/557, 558, 549
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,197,904 A | * | 4/1940 | Terry ............................ 431/12 |
| 3,589,314 A | * | 6/1971 | Tratz et al. ................. 431/208 |
| 3,647,347 A | * | 3/1972 | Shakiba .......................... 431/41 |
| 3,653,794 A | * | 4/1972 | Shakiba ...................... 431/208 |
| 3,925,002 A | * | 12/1975 | Verdouw ...................... 431/11 |
| 3,932,137 A | * | 1/1976 | Culpepper, Jr .............. 431/12 |

| | | | |
|---|---|---|---|
| 3,975,139 A | * | 8/1976 | Arroyo-Garcia ... ........ 431/208 |
| 4,095,933 A | * | 6/1978 | Schumacher .................. 431/11 |
| 4,406,943 A | * | 9/1983 | Wilkinson ................... 431/208 |
| 4,447,245 A | * | 5/1984 | Smith et al ................. 44/595 |
| 4,606,320 A | * | 8/1986 | McGee ......................... 123/557 |
| 4,862,858 A | * | 9/1989 | Goldsberry ................. 123/557 |
| 4,877,395 A | * | 10/1989 | Schubach et al .......... 431/208 |
| 5,149,260 A | * | 9/1992 | Foust .......................... 431/11 |
| 5,201,341 A | * | 4/1993 | Saito et al ................. 123/557 |
| 5,386,813 A | * | 2/1995 | LeBlanc ...................... 123/557 |
| 5,400,969 A | * | 3/1995 | Keene ......................... 219/205 |
| 5,474,442 A | * | 12/1995 | Gietsmann et al ........ 431/119 |
| 6,881,056 B1 | * | 4/2005 | Simonds .................... 431/168 |
| 2005/0160717 A1 | * | 7/2005 | Sprouse et al .......... 60/39.821 |

* cited by examiner

*Primary Examiner*— S. Gravini

(57) **ABSTRACT**

A processor system and method for pretreating ALL FUELS prior to combustion of a any combustion device such as an engine in which fuel in a liquid state is contained in a high pressure chamber and superheated to a state of elevated temperature and pressure,super heated fuel is then injected into the combustion chamber for burning as demanded by the combustion device. This process holds true for ALL FUELS. Liquids, Gaseous, Pulverized Solids and Solids. Making it an Ideal UNIVERSAL self contained process that can be adapted to existing needs as well as new needs for total energy use. This Process will allow ALL FUELS to burn more cleanly and efficiently and will promote optimum combustion.

**7 Claims, 1 Drawing Sheet**





FIG. 1

US 7,140,873 B1

**1**

# MULTI ALL FUEL PROCESSOR SYSTEM AND METHOD OF PRETREATMENT FOR ALL COMBUSTION DEVICES

## CROSS-REFERENCE TO RELATED APPLICATIONS

Not applicable

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not applicable

## REFERENCE TO A MICROFICHE APPENDIX

Not applicable

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention concerns a new and useful process that involves the burning of any combustible fuels; liquid, gaseous, and solids; such as gasoline, diesel, kerosene, alcohol, natural gas, coal, medical waste, hazardous waste, and/or any fuel medium, to generate mechanical or heat energy. This new process is useful for any fuel, natural or man made, etc. Thus, it may increase the efficiency of all fuels, while reducing emissions of fuels being processed prior to combustion with this new process, thus to eliminate pollution of land, air, and water, and preserve energy.

2. Description of the Prior Art

The efficiency developed by combustion devices such as engines, boilers, or any device depends, to a large degree, on the completeness of combustion for any fuel. Emissions, also, will increase or decrease to a great extent to the degree when complete combustion occurs.

Accordingly, considerable efforts have been exerted towards improving the efficiency of gasoline fuel in engines and some other combustion devices, such as boilers. These other efforts seem to be very limited in their applications.

Through patent research, I cannot find an invention of this like. This invention, that I have created, is a very truly needed and a new and useful process. My invention is especially unique in the fact that this same new process is intended for all fuels. My claims are specific and clear cut, in that, this process is intended for use of all fuels: solid, liquid, and gaseous, which no other invention claims.

The present invention seeks to provide a new process in such a way as to further enhance combustion of all fuels, making this a truly universal new process that can be adapted to all combustion mediums, new and old.

## BRIEF DESCRIPTION OF THE VIEW OF THE DRAWING

FIG. 1 is a plan view of the device used to carry out the invention process referred to as "Multi All Fuel Processor and Pre-treatment for all Combustion Devices"

## DETAILED DESCRIPTION

In the following detailed description, certain technology will be employed for the sake of clarity and a particular embodiment described in accordance with the requirements of 35 USC 112, but to be understood that the same is not

**2**

intended to be limiting, inasmuch as the invention is capable of taking many forms and variations within the scope of the appended claims.

Referring to the FIG. 1, the present invention involves a processing system for super preheating of any fuel prior to burning in a combustion chamber (48) or a combustion device (50).

The superheating is carried out in a heavy walled, high pressure, and high temperature tubular enclosure (10). Fuel from a storage tank (12) is directed, under pressure, to an inlet fitting (16) by operation of a pump (14), so as to maintain the high temperature and high pressure chamber (26), defined within the enclosure (10), filled with fuels that are liquids, gaseous, pulverized solids, and solids. Also provided, is a shut-off valve (18) and one or more check valves (20), able to withstand high temperature and high pressure on the order of several hundred degrees and pounds per square inch, or unlimited. The pump (14), also, must be capable of developing such pressures as to enable delivery of all fuels into chamber (26) against the high pressure developed therein, by superheating.

A tungsten porcelain electrical resistance induction heating element (22) extends lengthwise within a tubular heater chamber (24), defined within the enclosure (10). All fuels are directed into the annular chamber (26) surrounding the induction heating rod (22) to be heated, thereby, the heater power source (28), controlled by thermostatic controls (30) responsive to a temperature sensor (32) located in chamber (24).

The wattage of the electrical heater rod (22) should enable heating of; any fuel, as high as safely possible; liquid fuels, above their boiling point while under pressure; gaseous fuels, should stay below their auto-ignition point while under pressure; pulverized solids, will also have auto-ignition points to stay below to eliminate spontaneous combustion; and solid fuels. The rate corresponds to the flow demand required by the combustion devices (50) using the super preheating processor system.

A pressure relief valve (34) allows safety pressure relief to a vent holding tank (36), which can communicate with the fuel tank (12) via a return drain line (38). A shield, or insulating panels (not shown) may also optionally be provided as safety measures.

The processed, super heated, and pressurized fuel in annular chamber (26) passes out to an outlet fitting (40) communicating with an open close injector valve (42), controls (44) determining the duration of the open interval for the demand required by the particular combustion devices. A controlled quantity of processed, super heated, and super pressurized, fuel is injected through a spray nozzle (46) into the combustion chamber (48) of those particular combustion devices (50).

It will be understood that details of the combustion devices (50) are not shown, as these may be conventional, but that suitable air and a good stoichiometric ratio, ignition, and fuel will ordinarily be included.

When working with fuels that require high temperatures and high pressures, the working stress of what materials used to manufacture this process should take a minimum x10 to 15 percent of the ultimate strength for safety factors.

I have, through testing and development of different fuels, liquids, gaseous and solids, created a process that is universal and capable of processing all fuels because of the extreme temperatures the process requires; burning of hydrocarbons and omissions take place only at high temperatures.

US 7,140,873 B1

**3**

In the testing and development of this process, I have developed principles to be followed, not only for safety factor reasons, but for optimum efficiencies of combustion for whatever fuel you chose to utilize with this process. Included in Appendix 1 of this package, shows a photograph of a test bench that I have created in order to safely open flame test all fuel prior to use in order to establish three physical states of matter: solids; liquids; and gaseous. Of these states, for whatever fuel you choose to use, limits will have to be established for operation, melting points, boiling points, cryogenic points, expansion ratios, flash points, flammable ranges, LEL (lower explosive limits), to lean UEL (upper explosive limits), to rich ignition temperatures how hot a particular fuel needs to run, auto-ignition temperatures for spontaneous combustion, vapor density, specific gravity, and/or any testing that will establish safe limits in which any fuel can be utilized. Also, the use of an instrument called a spectrometer can be used to test molecular structure, weight, formula, and analysis of all fuels prior to use, in establishing safe guide limits prior to use of any fuels.

Appendix 2 photographs that show an example of kerosene fuel in an open flame bench test were performed to establish these types of limits. Notice the photograph of open flame test that is very yellow in appearance. This fuel is an ambient temperature and is not clean. You can see the presence of free carbons, that cause pollution, by their bright yellow color. Now, the other photograph shows the invention process being tested with the same fuel, kerosene, by unlimitedly super heating this fuel. Only, the visual flame can be seen to burn much cleaner and efficiently because this invention process allows for complete combustion to occur, inhibiting free carbons, emissions, and pollutants, thereby increasing efficiencies.

Listed, are Methods for Processing the 3 Physical States of all Fuels:

All fuels will have boiling points and points that are listed on the previous paragraph above, that you need to know prior to processing of any fuel used: solids, liquids, and gaseous. These points will establish safe limits of processing for that particular fuel before use on any application.

Liquid Fuels:

Processing with high temperatures and pressures are very obtainable because the containment device can be made to withstand these internal and external forces, allowing the liquids to be kept under pressure proportional to temperature, and kept from boiling while super heated. Because of lack of oxygen in liquid fuels, the chance of auto-ignitions of spontaneous combustion is virtually eliminated. Frequently, combustion calculations can be simplified by using molecular mass (weight) as the basis for calculations, but calculating and bench testing should be used to establish guides for the particular fuel of use prior to production use of this process on any combustion mediums. If liquid oxygen is added to fuels, auto-ignition temperatures and pressures should be tested. All fuels should try to stride for unlimited temperatures and pressures in this process. Included in Appendix 3 of this package, are examples of some liquid fuels tested in atmospheric pressure, showing the approximate temperature certain fuels can produce. These temperatures can gain even higher through this process while increasing pressure for the optimum combustion of all fuels.

**4**

Gaseous Fuels

Processing with high temperature and pressures are very obtainable because the containment device can be made to withstand these internal forces created, but auto-ignition can occur if mixtures of gases or vapors with air or oxygen will explode spontaneously if the temperature is sufficiently high. Auto-ignition temperatures are markedly decreased as the pressure is raised above atmospheric. Minimum auto-ignition temperatures and pressures should be established with safety factors in mind prior to use of any fuel. All fuels should try to stride for unlimited temperatures and pressures in this process. Included in Appendix 4 of this package, are examples of minimum auto-ignition temperatures of fuels in air or oxygen at atmospheric pressures. These temperatures can gain even higher through this process while increasing pressure for the optimum combustion of all fuels.

Solid Fuels

Processing with high temperatures and pressures are very obtainable because the containment device used to carry out this process can be made to withstand these internal and external forces, allowing for ultimate efficiencies. Solid fuels are very similar in processing to those of liquid fuels.

Pulverized Solid Fuels

Processing with high temperature and high pressure are very obtainable because the containment device can be made to withstand these internal and external forces created, but auto-ignition can occur if mixture of gases or vapors with air or oxygen will explode spontaneously if the temperature is sufficiently high. Pulverized solid fuels are very similar in processing to that of gaseous fuels.

Appendix 11 shows physical and chemical properties of methane and gasoline. This process requires testing of whatever fuels you choose to process before processing use, so that safety standard can be established for that application.

### BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS AND PHOTOGRAPHS

The file on this patent contains at least one drawing and photograph executed in color. These color drawings and color photographs are necessary to understand the working principles of this process, "Multi All Fuel Processor System and Method of Pre-treatment for Combustion Devices".

Listed, are Appendix, 1 through 12B:

Appendix 1: Test Bench created by inventor, Michael J House

Appendix 2: Test Bench burning Kerosene

Appendix 3: Liquid fuels tested, approximate temperatures fuels obtain

Appendix 4: Gaseous fuels auto-ignition temperatures

Appendix 5: Inventor, Michael J House, holding processor

Appendix 6: Inventor holding actual device used in process

Appendix 7: Color drawings, 7-28-96, to carry out process

Appendix 8: Color drawings, 4-26-93, to carry out process

Appendix 9: Color drawings, 12-17-88, to carry out process

Appendix 10: Color drawings, 12-17-88, to carry out process

Appendix 11: Physical and chemical properties for methane and gasoline

Appendix 12A: Actual invention process installed on an automobile engine test vehicle made by inventor, Michael J House

Appendix 12B: Actual test vehicle using invention process

US 7,140,873 B1

5                                          6

# APPENDIX 1



Test Bench Created By Inventor: Michael J. House
OPEN Flame Testing of All Fuels.



All fuels ARE Tested Prior to use; So that
Temperatures AND Pressures can Be Established.


POOR QUALITY ORIGINAL

US 7,140,873 B1

7                                          8

POOR QUALITY ORIGINAL

# APPENDIX 2



flame test above Shows Kerosene fuel without Process, Notice unburn carbon that Emit yellow flame.



flame Test below shows Kerosene fuel with Process, Notice the cleaner flame by Processing the fuel Prior to Combustion with this Process

US 7,140,873 B1

9                                              10

# APPENDIX 3

Here Listed are considerations in the USE of This Process. The Multi All Fuels Processor is capiable of Processing All Fuels as Long as Temp & Press. for what ever fuel you choose to use are at Their Highest Points With Safety in mind. Listed ARE APPROXIMATE Temperatures AND Pressures of some fuels, to give and IDea OF PRINCIPAL EXAMPLEs of Liquid fuels Temperatures AND Pressures Must Correlate ProPortionately Rise in Temp./Rise in Press.

| Fuels Liquid EXAMPLES | OXIDIZERS | Pressures (ATM) | Temp. (K) | Temp (°F) |
|---|---|---|---|---|
| Acetylene | AIR | 1 | 2600°k | 4220°F |
| Acetylene | Oxygen | 1 | 3410°k | 5678°F |
| CARBON Monoxide | AIR | 1 | 2400°k | |
| CARBON Monoxide | Oxygen | 1 | 3220°k | |
| HEPTANE | AIR | 1 | 2990°k | |
| HEPTANE | Oxygen | 1 | 3100°k | |
| HyDROGEN | AIR | 1 | 2400°k | |
| HyDROGEN | Oxygen | 1 | 3080°k | |
| METHANE | AIR | 1 | 2210°k | |
| METHANE | Oxygen | 1 | 3030°k | |
| METHANE | Oxygen | 20 | 3460°k | |

AS you CAN SEE By these SAmples Listed Liquid fuels are capiable of INFinite Temperatures AND Pressures. Allowing Ultimate Efficiency in Combustion. These Temps. & Press. CAN Increase or Decrease Per Application needed.

US 7,140,873 B1

11                                        12

# APPENDIX 4

## MINIMUM AUTO-IGNITION TEMPERATURES AT A TOTAL PRESSURE OF 1 bar. EXAMPLES.

| Combustibles | °F | Ignition Temperature/°F/K IN AIR °K | IN OXYGEN °K |
|---|---|---|---|
| Methane | 1003.74 | 813 | — |
| Ethane | 958.73 | 788 | 799 |
| Propane | 841.73 | 723 | — |
| Butane | 700.00 | 678 | 556 |
| iso Butane | 761.00 | 733 | 592 |
| Pentane | 859.72 | 533 | 531 |
| Hexane | 436.73 | 498 | 498 |
| n-Heptane | 418.73 | 488 | 482 |
| Octane | 427.73 | 493 | 481 |
| Acetylene | | 548 | 573 |
| Benzene | | 833 | |
| Methanol | 724.00 | 658 | |
| Ethanol | 680.00 | 638 | |
| n-Propanol | | 713 | |
| Acetaldehyde | | 738 | |
| Dimethyl Ether | | 623 | |
| Diethyl ether | | 433 | |

Auto-Ignition temperatures are Markedly decreased as the Pressure is raised above atmospheric. Cool flames are a complication of the Auto-Ignition Process which also must be taken into account. These Temperatures AND Pressures CAN Increase OR Decrease Per APPlication need. Allowing ultimate Efficiency in combustion.

US 7,140,873 B1

13                                                14

*POOR QUALITY ORIGINAL*

# APPENDIX 5



INVENTOR: Michael J. House Holding Actual Device used to carry out Process.



INVENTOR: Michael J. House Holding Actual Device Multi All Fuel Processor System AND Method of Pretreatment for Combustion Devices.

US 7,140,873 B1

15

16

POOR QUALITY ORIGINAL

APPENDIX G



Inventor: Michael J. House. Holding Device
I HAVE created in order to carry out process.
The Multi All Fuel Processor System AND
Method of Pretreatment for Combustion Devices.
Notice to compact size of this Device used
to carry out this Process; this Stand Alone Device
can be installed in Line Prior to Combustion
In Any Applications. This Size can Increase
or Decrease Per Application, the Size Shown
would go on the Average Automobile.

POOR QUALITY ORIGINAL

# MULTIALLFUEL PROCESSOR SYSTEM AND METHOD OF PRETREATMENT FOR COMBUSTION DEVICES



This Device is so unique
That This same Device is used to
Process ALL Fuels, Regular Fuels GASEOUS Fuels
and Pulverised solid fuels, Any fuel from Musterline
oil to the most Exotic Alcohol oil and a Combustion
fuel can be Enhanced by this same Device.
one Device can handle All fuels!

Witnesses:

(This Device was created for Hummer-19 and future children stone work)

INVENTOR: MICHAEL J. HOUSE
DRAWN By: MICHAEL J. HOUSE
Soc Sec # 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        7/28/96

ADDENDIY 7

POOR QUALITY ORIGINAL

US 7,140,873 B1

19                                             20



MFPS-MPCD

ALL TYPES Fuel Processing Ultra Superheating Unit and Super Pressure

MULTIPLEX PROCESSOR System

APPENDIX Q

POOR QUALITY ORIGINAL

US 7,140,873 B1

21                                                22



POOR QUALITY ORIGINAL

US 7,140,873 B1

23                                          24



US 7,140,873 B1

25                                        26

# APPENDIX II

### EXAMPLES

Physical And Chemical Properties of Methane AND GASOLINE

| Property | Methane | GASoline |
|---|---|---|
| | -161.4 | 25 |
| Boiling Point (C) | -161.4 | 25-200°C - 77-428°F |
| Density at STP (g/cc) | 6.8×E-4 | 0.74 |
| Specific gravity | 0.55 liquid | 0.74 |
| Heating Values (Below) | 50 | |
| KJ/g | 50 | 44 |
| MJ/1-liquid | 21.5 | 32.2 |
| Octane rating | | |
| MOtoR | 125-130 | 83-87 |
| Research | 130 | 91-95 |
| Cetane rating | 0.0 | 16-19 |
| Stoichiometric Ratio (by wt.) | 17.3 | 14.9 |
| Flamability limits (Percent by volume) | 5.3 + 15.0 | - |
| Flame Temperature in Air (C) | 1877°C 3410.6°F | 2200/3992°F |
| Heat of Vaporization (J/g) | 510 | 300-350 |
| Mini Autoignition Temp. (C) | 538 | w8-50°F/220-260°C |
| Mini Burning Velocity (cm/s) | 37 | 33-47 |

POOR QUALITY ORIGINAL

US 7,140,873 B1

27                                         28

# APPENDIX  12A



Actual INvention Process installed on Automobile
Engine, Test Vechicle.



Invention Process Control System and fuel
Temperatures and fuel Pressures control System

US 7,140,873 B1

29

I claim:

1. A process for the pre-treatment of fuels prior to combustion within a multi-chambered combustion device, comprising the steps of:

a) super pre-heating a fuel within a main chamber of said multi-chambered combustion device utilizing an internal electrical resistance induction element, said element located in a chamber within said multi-chambered combustion device thereby shielded from direct contact with said fuel;

b) selectively increasing the pressure of said temperature-elevated fuel within said main chamber by controlling the flow of said fuel moving through said multi-chambered combustion device;

c) keeping said elevated temperature constant within said multi-chambered combustion device utilizing said electrical resistance induction element, so as to further maintain an elevated pressure of said fuel; and

d) transferring said temperature-elevated fuel into a combustion chamber, said combustion chamber utilizing an electrical discharge element for combustion, said combustion chamber in fluid communication with said main chamber of said multi-chambered combustion device.

30

2. The process of claim 1 wherein said fuel is selected from the group consisting of liquid fuel, gaseous fuel, solid fuel, and finely pulverized solid fuel.

3. The process of claim 1 wherein said super pre-heating step (a) is carried out in a metal alloy enclosure cable of withstanding a high pressure and a high temperature.

4. The process of claim 1 wherein said selectively increasing the pressure step (b), further comprises the steps of:

a) withdrawing said fuel from a storage vessel; and

b) directing said fuel utilizing a pump through an inlet fitting on said multi-chambered combustion device.

5. The process of claim 1 wherein said keeping said elevated temperature constant step (c) is aided by a multitude of check valves on said multi-chambered combustion device.

6. The process of claim 1 wherein said transferring step (d) is achieved by a pump capable of performance at a high pressure and a high temperature.

7. The process of claim 1 wherein a tungsten porcelain electrical resistance induction heating element is responsible for said super pre-heating of said fuel.

*   *   *   *   *

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

*Michael J. House    OAKLAND*

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* *DR NW*
*2 7855 California DR NW*
*Lathrup Village Michigan 48016*

## DEFENDANTS

*Lawrence Culp Chairman and CEO GE*

County of Residence of First Listed Defendant    *At Etal*
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
        THE TRACT OF LAND INVOLVED.

Att

Case: 2:19-cv-10586
Judge: Drain, Gershwin A.
MJ: Davis, Stephanie Dawkins
Filed: 02-26-2019 At 04:19 PM
CMP HOUSE v CULP, ET AL (dat)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | Liability | | ☒ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE *2/26/2019*   SIGNATURE OF ATTORNEY OF RECORD *Michael J. House*

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

# PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?     ☐ Yes   ☒ No

     If yes, give the following information:

     Court: _____

     Case No.: _____

     Judge: _____


2.        Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)     ☐ Yes   ☒ No

     If yes, give the following information:

     Court: _____

     Case No.: _____

     Judge: _____


Notes : _____