MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michael J. House

          Plaintiff(s),

v.

General Electric Co., et al.

          Defendant(s).
_____/

Case No. 2:19-CV-10586

Judge  Gershwin A. Drain

Magistrate Judge  Stephanie Dawkins Davis

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __General Electric Co.__

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: June 20, 2019

/s/ Jason M. Renner

P74476
Dinsmore & Shohl LLP
900 Wilshire Drive
Suite 300
Troy, MI 48084
(248) 203-1632
jason.renner@dinsmore.com