UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michael J. House,

                      Plaintiff(s),

v.                                          Case No. 2:19–cv–10586–GAD–SDD
                                                       Hon. Gershwin A. Drain

Lawrence Culp, et al.,

                      Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

        Motion to Dismiss – #12
        Motion to Dismiss – #13

- MOTION HEARING: December 2, 2019 at 11:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/T McGovern
                                                              Case Manager

Dated: August 2, 2019