# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. HOUSE,<br><br>　　　Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC CO., ET AL.,<br><br>　　　Defendants. | CASE NO. 2:19-CV-10586<br><br>JUDGE GERSHWIN A. DRAIN<br><br>MAGISTRATE JUDGE<br>STEPHANIE DAWKINS DAVIS |

## INDEX OF EXHIBITS

| EXHIBIT # | DESCRIPTION |
|:---:|:---|
| A | PAIR Records |