# *Exhibit A*

*Michael J. House v. General Electric Co., et al.*
*USDC Eastern District of Michigan Case No.: 2:19-cv-10586*
Defendant General Electric Co.'s Reply Brief in Support of Its Rule 12(b)(1), (3), and (6) Motion to Dismiss 8/23/2019

8/21/2019 Case 2:19-cv-10586-GAD-SDD ECF No. 18-2 filed 08/23/19 PageID.180 Page 2 of 2
https://portal.uspto.gov/pair/PAIRPrintServlet

| 09/259,593 | MULTI ALL FUEL PROCESSOR SYSTEM AND METHOD OF PRETREATMENT FOR ALL COMBUSTION DEVICES | 08-21-2019::12:38:57 |

## Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 09/259,593 | Correspondence Address Customer Number: | - |
| Filing or 371 (c) Date: | 03-01-1999 | Status: | Patent Expired Due to NonPayment of Maintenance Fees Under 37 CFR 1.362 |
| Application Type: | Utility | Status Date: | 12-31-2018 |
| Examiner Name: | GRAVINI, STEPHEN MICHAEL | Location: | ELECTRONIC |
| Group Art Unit: | 3749 | Location Date: | - |
| Confirmation Number: | 5475 | Earliest Publication No: | - |
| Attorney Docket Number: | - | Earliest Publication Date: | - |
| Class / Subclass: | 431/011 | Patent Number: | 7,140,873 |
| First Named Inventor: | MICHAEL J. HOUSE , LINDEN, MI (US) | Issue Date of Patent: | 11-28-2006 |
| First named Applicant: | - | International Registration Number (Hague): | - |
| Entity Status: | Small | International Registration Publication Date: | - |
| AIA (First Inventor to File): | No | | |

| Title of Invention: | MULTI ALL FUEL PROCESSOR SYSTEM AND METHOD OF PRETREATMENT FOR ALL COMBUSTION DEVICES |
|---|---|

**Close Window**