# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. HOUSE,<br><br>　　　Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC CO., ET AL.,<br><br>　　　Defendants. | CASE NO. 2:19-CV-10586<br><br>JUDGE GERSHWIN A. DRAIN<br><br>MAGISTRATE JUDGE<br>STEPHANIE DAWKINS DAVIS |

## STIPULATED DISMISSAL OF DEFENDANT H. LAWRENCE CULP, JR. WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the stipulation of the parties, as evidenced below by the signatures of Plaintiff Michael J. House and counsel for Defendants, Plaintiff dismisses this action in its entirety with prejudice as against Defendant H. Lawrence, Culp, Jr. ("Culp"), each party to bear its own costs. This Stipulated Dismissal applies only to Defendant Culp and does not apply to Defendant General Electric Co.

Dated:  October 28, 2019

SO ORDERED.

Dated: October 30, 2019　　　　　　　　s/Gershwin A. Drain
　　　　　　　　　　　　　　　　　　　　U.S. District Judge

So stipulated:

| | |
|---|---|
| */s/ Michael J. House* | */s/ Julia T. Stuebing* |
| Michael J. House, *pro se*<br>27855 California Dr. NW<br>Lathrup Village, MI 48076<br>Phone:  (248) 979-0332<br>Email:  Thinkbig.mh@gmail.com | Julia T. Stuebing (P81227)<br>DINSMORE & SHOHL LLP<br>300 N. Fifth Ave., Ste. 120<br>Ann Arbor, MI  48104<br>Phone:  (734) 773-4051<br>Fax:     (734) 913-6007<br>Email:  julia.stuebing@dinsmore.com<br><br>*Counsel for Defendant H. Lawrence Culp, Jr. and Defendant General Electric Co.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 29th day of October, 2019, the foregoing document was e-mailed to Teresa_mcgovern@mied.uscourts.gov and that Pro Se Plaintiff House was served by email and U.S. Mail as set forth below:

    Michael J. House
    27855 California Dr. NW
    Lathrup Village, MI 48076
    Thinkbig.mh@gmail.com

*/s/ Julia T. Stuebing*
_____
Julia T. Stuebing