IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. HOUSE, | |
| Plaintiff, | CASE NO. 2:19-CV-10586 |
| v. | JUDGE GERSHWIN A. DRAIN |
| GENERAL ELECTRIC CO., ET AL., | MAGISTRATE JUDGE STEPHANIE DAWKINS DAVIS |
| Defendants. | |

**STIPULATED DISMISSAL OF DEFENDANT H. LAWRENCE CULP, JR. WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the stipulation of the parties, as evidenced below by the signatures of Plaintiff Michael J. House and counsel for Defendants, Plaintiff dismisses this action in its entirety with prejudice as against Defendant H. Lawrence, Culp, Jr. ("Culp"), each party to bear its own costs. This Stipulated Dismissal applies only to Defendant Culp and does not apply to Defendant General Electric Co.

Dated: 10/28/2019

So stipulated:

_____
Michael J. House, *pro se*
27855 California Dr. NW
Lathrup Village, MI 48076
Phone: (248) 979-0332
Email: Thinkbig.mh@gmail.com

_____
Julia T. Stuebing (P81227)
DINSMORE & SHOHL LLP
300 N. Fifth Ave., Ste. 120
Ann Arbor, MI 48104
Phone: (734) 773-4051
Fax:   (734) 913-6007
Email: julia.stuebing@dinsmore.com

*Counsel for Defendant H. Lawrence Culp, Jr. and Defendant General Electric Co.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 29th day of October, 2019, the foregoing document was ~~filed electronically via the Court's CM/ECF filing system~~ e-mailed to Teresa_McGovern@mied.uscourts.gov and that Pro Se Plaintiff House was served by email and U.S. Mail as set forth below:

    Michael J. House
    27855 California Dr. NW
    Lathrup Village, MI 48076
    Thinkbig.mh@gmail.com

_____
Julia T. Stuebing

3